IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAIGE HERIGES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILSON COUNTY, TENNESSEE, and )<br>BILL ARNOLD, officially and individually, )<br>)<br>Defendants. ) | Civil No. 3:09-0362<br>Judge Trauger |

## ORDER

The defendants' Motion for Extension of Time to Respond (Docket No. 26) is DENIED. It is hereby ORDERED that the defendants shall respond to the plaintiff's Counter Motion for Summary Judgment (Docket No. 22) by June 8, 2010, and the plaintiff may file an optional reply by June 15, 2010. This case is set for trial on August 3, 2010. The defendants have had the plaintiff's Counter Motion for two (2) weeks, and it basically raises the same issues as the defense Motion for Summary Judgment. An extension of time for response is unnecessary.

It is so **ORDERED**.

ENTER this 28th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge