UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAIGE HERIGES, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:09-0362 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| WILSON COUNTY, TENNESSEE, and ) | |
| BILL ARNOLD, officially and individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's Counter-Motion for Summary Judgment (Docket No. 22) is **DENIED**. The defendant's Motion for Summary Judgment (Docket No. 15) is **GRANTED IN PART** and **DENIED IN PART**. That is, the plaintiff's claims against Arnold in his official capacity are **DISMISSED**, the plaintiff's TPPA claim against both Arnold and Wilson County is **DISMISSED** and the plaintiff's PEPFA claim against Arnold is **DISMISSED**.

It is so ordered.

Enter this 18th day of June 2010.

_____

ALETA A. TRAUGER
United States District Judge