**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **PAIGE HERIGES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  3:09-cv-0362** |
| | ) | **Judge Trauger** |
| **WILSON COUNTY, TENNESSEE, and** | ) | |
| **BILL ARNOLD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion

for Judgment as a Matter of Law, or, in the Alternative, for a New Trial, or, in the Alternative, a

Remittitur of the Jury's Verdict (Docket No. 97) is **DENIED.**  The plaintiff's Motion for Award

of Attorneys' Fees (Docket No. 101) is **GRANTED**.  In addition to the amount awarded in the

judgment entered on August 10, 2010, the court hereby **AWARDS** the plaintiff $170,246.70 in

attorney's fees and **TREBLES** Wilson County's PEPFA liability from $175,000 to $525,000.


It is so ordered.

Enter this 19th day of October 2010.

_____
ALETA A. TRAUGER
United States District Judge